UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF MICHIGAN,<br><br>    Plaintiffs,<br><br><br><br>ex rel. DAVID FELTEN, M.D., Ph.D.,<br><br><br>    Plaintiff/Relator,<br><br>v.<br><br><br>WILLIAM BEAUMONT HOSPITALS, et al.<br><br>    Defendants.<br>_____ / | Case No. 10-cv-13440<br>Hon. Stephen J. Murphy, III<br><br>*Consolidated Administratively with:*<br>*U.S. ex rel. Karen Carbone v.*<br>*William Beaumont Hospital*<br>*Case No. 11-cv-12117*<br><br>*U.S. ex rel. Cathryn Pawlusiak v.*<br>*Beaumont Health System, et al.*<br>*Case No. 11-cv-12515*<br><br>*U.S. ex rel. Karen Houghton v.*<br>*William Beaumont Hospital*<br>*Case No. 11-cv-14312* |

**ORDER**

The United States and the State of Michigan having intervened in part of these actions for purposes of settlement and having declined to intervene in part of these actions pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the Michigan Medicaid False Claim Act, M.C.L. § 400.610a, the Court rules as follows:

**NOW THEREFORE IT IS HEREBY ORDERED** that:

1. The Clerk of the Court shall unseal each of the Complaints and Amended Complaints in each of the consolidated actions, i.e.:

- Docket No. 1 (Case No. 10-13440);
- Docket Nos. 1 & 8 (Case No. 11-12117);
- Docket No. 1 (Case No. 11-12515); and
- Docket Nos. 1 & 27 (Case No. 11-14312);
- The Joint Notice of the United States and the State of Michigan of Their Election to Intervene in Part and to Decline to Intervene in Part (Docket No. 85); and
- This Order;

2. All other contents of the Court's file in each of the consolidated actions shall remain under seal and not be made public, including but not limited to any application filed by the United States for an extension of the sixty-day investigative period, and supporting papers; and

3. The seal is lifted as to all matters occurring in each of the consolidated actions after the date of this Order.

SO ORDERED.

                                                  s/Stephen J. Murphy, III
                                                  STEPHEN J. MURPHY, III
                                                  United States District Judge

Dated: August 2, 2018

Approved:

        CHAD A. READLER
        Acting Assistant Attorney General

        _____
        MICHAEL D. GRANSTON
        TRACY L. HILMER
        LAURIE A. OBEREMBT
        U.S. Department of Justice
        Attorneys, Civil Division
        P.O. Box 261
        Ben Franklin Station

Dated:        Washington, D.C. 20044

        MATTHEW SCHNEIDER
        United States Attorney

        _____
        PETER A. CAPLAN (P30643)
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226
        (313) 226-9784

Dated:        Email: peter.caplan@usdoj.gov

        BILL SCHUETTE
        Michigan Attorney General

        _____
        JASON R. EVANS (P61567)
        First Assistant Attorney General
        Health Care Fraud Division
        Michigan Department of Attorney General
        P.O. Box 30218
        Lansing, MI 48909

Dated:        Email: evansj@michigan.gov