UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
and STATE OF MICHIGAN,

    Plaintiffs,

ex rel. DAVID FELTEN, M.D., Ph.D.,

    Plaintiff/Relator,

v.

WILLIAM BEAUMONT HOSPITALS,
et al.

    Defendants.
_____ /

Case No. 10-cv-13440
Hon. Stephen J. Murphy, III

*Consolidated Administratively with:*
*U.S. ex rel. Karen Carbone v.*
*William Beaumont Hospital*
*Case No. 11-cv-12117*

*U.S. ex rel. Cathryn Pawlusiak v.*
*Beaumont Health System, et al.*
*Case No. 11-cv-12515*

*U.S. ex rel. Karen Houghton v.*
*William Beaumont Hospital*
*Case No. 11-cv-14312*

## **STIPULATED ORDER OF PARTIAL DISMISSAL**

The United States and the State of Michigan have intervened in part in the consolidated actions herein for the purpose of effectuating a settlement agreement ("the Settlement Agreement") between the United States, the State of Michigan, Defendant William Beaumont Hospital ("WBH"), and Relators in each of the consolidated cases, i.e., David Felten, M.D., Karen Barbara Carbone, M.D., Cathryn Pawlusiak, and Karen Houghton ("Relators"); the United States, the State

of Michigan and Relators have filed a Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a), wherein, among other things, they agree that the settlement is fair, adequate, and reasonable under all the circumstances; Plaintiffs and Relators have stipulated to the entry of this Order, and the Court is otherwise fully advised,

**NOW THEREFORE IT IS HEREBY ORDERED** that:

1. The claims in each of the consolidated actions herein, which were asserted by Relators on behalf of themselves, the United States and the State of Michigan, and which are based on the Covered Conduct as defined in Recital Paragraph D of the Settlement Agreement, are dismissed with prejudice;

2. Subject to Paragraph 3 below, the remaining claims asserted by Relators in each of the consolidated cases herein are dismissed with prejudice to Relators, and without prejudice to the United States and the State of Michigan;

3. This Order reserves any claims on the part of the Relators (a) under 31 U.S.C. § 3730(d) and M.C.L. § 400.610a to a share of the proceeds of this Settlement Agreement and to Relators' reasonable expenses, attorneys' fees and costs, and (b) pursuant to 31 U.S.C. § 3730(h) and M.C.L. 400.610c, and shall not be construed as dismissing such claims; and

4. Subject to such reservations in Paragraph 3 above, all parties shall bear their own fees, costs, and expenses, except as specified in the Settlement Agreement or otherwise ordered by the Court under 31 U.S.C. § 3730(d) and

M.C.L. § 400.610a.

Dated: August 7, 2018          s/Stephen J. Murphy, III
                                           STEPHEN J. MURPHY, III
                                           United States District Judge

Approved:

                                             CHAD A. READLER
                                             Acting Assistant Attorney General

                                             s/Laurie A. Oberembt (with consent)
                                             MICHAEL D. GRANSTON
                                             TRACY L. HILMER
                                             LAURIE A. OBEREMBT
                                             U.S. Department of Justice
                                             Attorneys, Civil Division
                                             P.O. Box 261
                                             Ben Franklin Station
Dated: August 3, 2018          Washington, D.C. 20044


                                             MATTHEW SCHNEIDER
                                             United States Attorney

                                             s/Peter A. Caplan
                                             PETER A. CAPLAN (P30643)
                                             Assistant U.S. Attorney
                                             211 W. Fort Street, Suite 2001
                                             Detroit, Michigan 48226
                                             (313) 226-9784
Dated: August 3, 2018          Email: peter.caplan@usdoj.gov

|  |  |
|---|---|
|  | BILL SCHUETTE<br>Michigan Attorney General |
|  | s/Jason R. Evans (with consent)<br>JASON R. EVANS (P61567)<br>First Assistant Attorney General<br>Health Care Fraud Division<br>Michigan Department of Attorney General<br>P.O. Box 30218<br>Lansing, MI 48909 |
| Dated: August 3, 2018 | Email: evansj@michigan.gov |
|  | s/Julie K, Bracker (with consent)<br>Julie K. Bracker<br>Georgia Bar No. 073803<br>Admitted to E.D. Michigan<br>Jason S. Marcus<br>Georgia Bar No. 949698<br>Admitted to E.D. Michigan<br>For Relator David Felten |
|  | BRACKER & MARCUS, LLC<br>3225 Shallowford Rd.<br>Suite 1120<br>Marietta, Georgia 30062<br>Phone: (404) 983-3454<br>Email: Julie@fcacounsel.com |
| Dated: August 3, 2018 | Email: Jason@fcacounsel.com |

4

|  |  |
|---|---|
|  | s/Jeffrey M. Thomson (with consent)<br>Jeffrey M. Thomson (P72202)<br>For Relator Karen Carbone |
|  | MORGANROTH AND MORGANROTH<br>344 N. Old Woodward Ave., Suite 200<br>Birmingham, Michigan 48009<br>Phone: (248) 355-3084 |
| Dated: August 3, 2018 | Email: JThomson@morganrothlaw.com |
|  | s/J. Marc Vezina (with consent)<br>J. Marc Vezina (P76232)<br>Monica P. Navarro (P52985)<br>For Relator Cathryn Pawlusiak |
|  | VEZINA LAW, PLC<br>280 N. Old Woodward Ave.<br>Suite LL20<br>Birmingham, Michigan 48009<br>Phone: (248)558-2700<br>Email: jmv@vezinalaw.com |
| Dated: August 3, 2018 | Email: mnavarro@vezinalaw.com |

5

|  |  |
|---|---|
|  | s/David M Blanchard (with consent) |
|  | David M. Blanchard |
|  | For Relator Karen Houghton |
|  |  |
|  | BLANCHARD & WALKER, PLLC |
|  | 221 North Main Street |
|  | Suite 300 |
|  | Ann Arbor, Michigan 48104 |
|  | Phone: (734)929-4313 |
| Dated: | Email: blanchard@bwlawonline.com |