UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF MICHIGAN, | Case Nos. 2:10-cv-13440 |
| | 2:11-cv-12117 |
| Plaintiffs, | 2:11-cv-12515 |
| | 2:11-cv-14312 |
| ex rel. DAVID L. FELTEN, M.D., Ph.D., et al., | |
| | HONORABLE STEPHEN J. MURPHY, III |
| Plaintiffs/Relators | |
| v. | |
| WILLIAM BEAUMONT HOSPITALS, et al., | |
| Defendants. | |
| _____/ | |

## ORDER TO SHOW CAUSE

The Court has been notified that there is public interest in the filings made in the case. *See* Attached Exhibit. Given that the case is closed, the Court is inclined to unseal the entire docket. The Local Rules explain that "there is a strong presumption in favor of openness as to court records[.]" E.D. Mich. LR 5.3(c) (comments to 2018 revisions). The Sixth Circuit has also explained that unsealing court records allows the public to assess "the litigation's result[,] . . . the conduct giving rise to the case . . . [a]nd . . . the merits of the judicial decisions." *Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016). The Court will therefore order any party who objects to the Court unsealing the docket to show cause as to why the Court should not do so.

1

**WHEREFORE**, it is hereby **ORDERED** that the parties to the case must **SHOW CAUSE** no later than **January 29, 2021**.

SO ORDERED.

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: January 14, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 14, 2021, by electronic and/or ordinary mail.

s/ David P. Parker<br>Case Manager

# David Ashenfelter

| | |
|---|---|
| **From:** | Ambrose, Sue <sambrose@dallasnews.com> |
| **Sent:** | Wednesday, January 6, 2021 10:52 AM |
| **To:** | David Ashenfelter |
| **Subject:** | Request for Hon. Judge Stephen Murphy |

**CAUTION - EXTERNAL:**

Mr. Ashenfelter,

I'm writing to inquire if any documents can be unsealed from case 2:10-cv-13440. In particular, I'm interested in any documents that involve Dr. Peter McCullough, one of the original defendants on the petition by Relator Felten. McCullough is now a doctor in Dallas and his name has come up in my reporting. I'm interested if any of the currently sealed documents might shed light on his involvement in the litigation and if so, is it possible they be unsealed now that the case is essentially resolved.

I would appreciate it if you could forward this request to Hon. Judge Stephen Murphy for his consideration of this matter.

Thank you and please let me know if you need any additional information from me.

Sincerely,


--
**Sue Ambrose**
Staff Writer
*The Dallas Morning News*

O: 214-977-8747
C: 214-288-3260

Twitter: @bysambrose

PGP public key





1954 Commerce St.

Dallas, TX 75201

1

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.