UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
and STATE OF MICHIGAN,

    Plaintiffs,

ex rel. DAVID L. FELTEN, M.D., Ph.D., et al.,

    Plaintiffs/Relators

v.

WILLIAM BEAUMONT HOSPITALS, et al.,

    Defendants.
_____/

Case Nos. 2:10-cv-13440
2:11-cv-12117
2:11-cv-12515
2:11-cv-14312

HONORABLE STEPHEN J. MURPHY, III

## ORDER UNSEALING DOCUMENTS

In an earlier order, the Court identified filings that it would "unseal[] in their entirety because the Government's need to redact the information does not overcome the presumption in favor of public access." ECF 172, PgID 4172. But the Court kept those filings under seal for the ensuing thirty days to provide the Government with time to appeal or move for reconsideration. *Id.* Thirty days have passed, and the Government has not acted. The Court will therefore unseal the filings listed in Exhibit C to the Court's earlier order. ECF 172-3, PgID 4176. The Court has also attached Exhibit C to this Order.

**WHEREFORE**, it is hereby **ORDERED** that the filings listed in the attached Exhibit C are **UNSEALED**.

**SO ORDERED.**

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: April 13, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 13, 2021, by electronic and/or ordinary mail.

s/ David P. Parker<br>Case Manager