UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
and STATE OF MICHIGAN,

        Plaintiffs,

ex rel. DAVID L. FELTEN, M.D.,
Ph.D., et al.,

        Plaintiffs/Relators

v.

WILLIAM BEAUMONT
HOSPITALS, et al.,

        Defendants.
                             /

Case Nos. 2:10-cv-13440

HONORABLE STEPHEN J. MURPHY, III

## **CASE MANAGEMENT ORDER**

The Court partially dismissed Relator's first amended complaint. ECF 159. After, the Court granted in part and denied in part Relator's motion to amend the order and certify it for interlocutory appeal. ECF 163. The Sixth Circuit agreed to hear the case, ECF 164, reversed the Court's dismissal order and remanded the case, ECF 165, and issued a mandate, ECF 175. The Court will therefore reopen the case, lift the stay, and require Defendant William Beaumont Hospitals to answer Relator's first amended complaint no later than July 1, 2021. After Defendant answers the first amended complaint, the Court will order a Rule 16 scheduling conference.

**WHEREFORE**, it is hereby **ORDERED** that the stay is **LIFTED** and the case is **REOPENED**.

1

**IT IS FURTHER ORDERED** that William Beaumont Hospitals must **ANSWER** the amended complaint no later than **July 1, 2021**.

**SO ORDERED.**

                                        s/ Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: June 10, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2021, by electronic and/or ordinary mail.

                                        s/ David Parker
                                        Case Manager